ROBERT HILTS *v.* ALLEN R. TAFT

The motion by the plaintiff to dismiss the appeal of the defendant from the Court of Common Pleas in Fairfield County at Stamford is denied.

*Sidney Vogel,* for the appellee (plaintiff).

*Lawrence P. Weisman,* for the appellant (defendant).

Argued October 1—decided October 1, 1963

GEORGE RAFFIA ET AL. *v.* ZONING BOARD OF APPEALS OF THE TOWN OF ENFIELD ET AL.

The motion by the plaintiffs to sustain their appeal from the Court of Common Pleas in Hartford County is denied.

*Paul M. Palten,* for the appellants (plaintiffs).

*Joseph P. Cooney,* with whom was *Philip E. Tatoian,* for the appellee (defendant Skomro); with him also was *Anthony C. Ward,* for the appellee (defendant board).

Argued October 1—decided October 1, 1963

JOHN J. FARRELL ET AL. *v.* J. RUSSELL SPANGLE

The motion by the defendant to dismiss the appeal of the plaintiffs from the Court of Common Pleas in Fairfield County at Stamford is denied.

*Sidney Vogel,* for the appellee (defendant).

*Jonathan Lovejoy,* for the appellants (plaintiffs).